AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) FISHER, RAYMOND C | 2. Court or Organization U.S.CT.APPEALS (9th CIRCUIT) | 3. Date of Report 4/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S.COURT OF APPEALS - 9th CIR 125 S. GRAND AVE #400 PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Constitutional Rights Foundation (noprofit), Los Angeles, CA |
| 2. | Member, Board of Directors | Western Justice Center Foundation (nonprofit), Pasadena, CA |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 APR 11 P 1:49
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Los Angeles Unified School District |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Santa Clara University Law School | Mar. 25-26 - Moot court (transportation, lodging, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| L. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| L. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  ML BANK USA RASP | A | Interest | K | T | | | | | |
| 2.  ML B&T RASP | A | Interest | | | Redeemed | 7/02 | K | | |
| 3.  US TREAS NOTE 5.875% 2/15/04 | A | Interest | | | Redeemed | 2/17 | J | | |
| 4.  US TREAS STRIPS 0% 8/15/04 | | None | | | Redeemed | 8/16 | K | C | |
| 5.  US TREAS STRIPS 0% 11/15/04 | | None | | | Redeemed | 11/15 | K | D | |
| 6.  US TREAS STRIPS 0% 5/15/05 | | None | K | T | | | | | |
| 7.  RFC STRIPS 0% 7/15/05 | | None | J | T | | | | | |
| 8.  CATS SERIES Q 0% 11/15/05 | | None | K | T | | | | | |
| 9.  RFC STRIPS 0% 7/15/06 | | None | J | T | | | | | |
| 10. US TREAS STRIPS 0% 8/15/06 | | None | K | T | | | | | |
| 11. CATS SERIES T 0% 11/15/06 | | None | K | T | | | | | |
| 12. RFC STRIPS 0% 7/15/07 | | None | J | T | | | | | |
| 13. RFC STRIPS 0% 10/15/07 | | None | K | T | | | | | |
| 14. COUPON TREAS RECT 0% 11/15/07 | | None | K | T | | | | | |
| 15. RFC STRIPS 0% 7/15/08 | | None | J | T | | | | | |
| 16. RFC STRIPS 0% 10/15/08 | | None | J | T | | | | | |
| 17. COUPON TREAS RECT 0% 11/15/08 | | None | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | RFC STRIPS 0% 4/15/09 | | None | J | T | | | | | |
| 19. | RFC STRIPS 0% 7/15/09 | | None | J | T | | | | | |
| 20. | FNMA NOTE 4.25% 7/01/09 | A | Interest | K | T | Buy | 6/24 | K | | |
| 21. | FNMA BOND 6.625% 9/15/09 | A | Interest | J | T | | | | | |
| 22. | RFC STRIPS 0% 10/15/09 | | None | K | T | | | | | |
| 23. | RFC STRIPS 0% 1/15/10 | | None | K | T | | | | | |
| 24. | FINANCING CORP STRIPS 0% 2/8/10 | | None | J | T | | | | | |
| 25. | FNMA NOTE 7/01/10 | A | Interest | K | T | Buy | 6/24 | K | | |
| 26. | US TREAS STRIPS 0% 11/15/10 #1 | | None | J | T | | | | | |
| 27. | US TREAS STRIPS 0% 11/15/10 #2 | | None | K | T | | | | | |
| 28. | RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 29. | RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 30. | US TREAS STRIPS 0% 11/15/11 #1 | | None | K | T | | | | | |
| 31. | US TREAS STRIPS 0% 11/15/11 #2 | | None | K | T | | | | | |
| 32. | RFC STRIPS 0% 4/15/12 | | None | J | T | | | | | |
| 33. | US TREAS STRIPS 0% 8/15/12 #1 | | None | K | T | | | | | |
| 34. | US TREAS STRIPS 0% 8/15/12 #2 | | None | J | T | | | | | |
| 35. | US TREAS STRIPS 0% 8/15/13 #1 | | None | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $6,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 36. US TREAS STRIPS 0% 8/15/13 #2 | | None | K | T | | | | | |
| 37. RFC STRIPS 10/15/13 | | None | K | T | | | | | |
| 38. FINANCING CORP STRIPS 0% 5/30/14 | | None | J | T | | | | | |
| 39. US TREAS STRIPS 0% 11/15/14 #1 | | None | K | T | | | | | |
| 40. US TREAS STRIPS 0% 11/15/14 #2 | | None | K | T | | | | | |
| 41. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 42. CD FIRST USA BANK, DE 7.1% 2/23/05 | B | Interest | K | T | | | | | |
| 43. CD HOUSEHOLD BANK, IL 7.05% 2/23/04 | A | Interest | | | Redeemed | 2/23 | K | | |
| 44. CD WESTERN BANK, PR 2% 6/30/05 | A | Interest | J | T | Buy | 6/17 | J | | |
| 45. CD WESTERN BANK, PR 2.55% 12/08/05 | A | Interest | K | T | Buy | 12/01 | K | | |
| 46. CD WESTERN BANK, PR 3% 6/30/06 | A | Interest | K | T | Buy | 6/17 | K | | |
| 47. CD BMW BANK, UT 3% 12/08/06 | A | Interest | J | T | Buy | 12/01 | J | | |
| 48. CD HOUSEHOLD BANK 7.15% 2/23/07 | B | Interest | K | T | | | | | |
| 49. CD FLAGSTAR BANK, MI 3.4% 12/10/07 | A | Interest | J | T | Buy | 12/01 | J | | |
| 50. CD BMW BANK, UT 3.55% 12/08/08 | A | Interest | J | T | Buy | 12/01 | J | | |
| 51. ALLIANCE BERNSTEIN G&I FUND | A | Dividend | L | T | | | | | |
| 52. AMERICAN WASHINGTON MUTUAL INVESTORS FD | A | Dividend | L | T | | | | | |
| 53. AMERICAN GROWTH FUND | | None | K | T | | | | | |

1. Income Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. DAVIS NY VENTURE FUND | A | Dividend | L | T | | | | | |
| 55. DELAWARE SMALL CAP VALUE FUND | A | Dividend | K | T | | | | | |
| 56. FIDELITY ADV DIVERSIFIED INTL FUND | | None | J | T | Buy | 6/18 | J | | |
| 57. DREYFUS PREMIER CORE EQUITY FUND | A | Dividend | | | Sell | 6/18 | L | D | |
| 58. FRANKLIN SMALL CAP GROWTH FUND | | None | | | Sell | 12/01 | K | D | |
| 59. GOLDMAN SACHS LARGE CAP VALUE FUND | A | Dividend | L | T | | | | | |
| 60. GOLDMAN SACHS CORE INTL EQUITY FUND | | None | | | Sell | 1/02 | K | | |
| 61. HOTCHKIS & WILEY LARGE CAP VALUE FUND | A | Dividend | L | T | | | | | |
| 62. JOHN HANCOCK US GLOBAL LEADERS GROWTH FUND | | None | L | T | | | | | |
| 63. JOHN HANCOCK CLASSIC VALUE FUND | | None | K | T | Buy | 12/01 | K | | |
| 64. MASS INVESTORS GROWTH STOCK FUND | | None | L | T | | | | | |
| 65. ML BASIC VALUE FUND | A | Dividend | L | T | | | | | |
| 66. ML GLOBAL SMALL CAP FUND | A | Dividend | K | T | | | | | |
| 67. ML LARGE CAP GROWTH FUND | | None | L | T | | | | | |
| 68. ML S&P INDEX FUND | A | Dividend | L | T | | | | | |
| 69. TEMPLETON WORLD FUND | A | Dividend | L | T | | | | | |
| 70. JANUS MIDCAP VALUE FUND (C.Schwab) | A | Dividend | K | T | Partial sale | 10/19 | J | D | |
| 71. C.SCHWAB MUNI FUND | A | Interest | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $60,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. CITIFUNDS US TREAS RESERVES | A | Interest | J | T | | | | | |
| 73. COACHMAN COMMON STOCK | | None | J | W | | | | | |
| 74. CITY NATIONAL BANK IRA #1 | A | Interest | J | T | | | | | |
| 75. CITY NATIONAL BANK IRA #2 | A | Interest | J | T | | | | | |
| 76. BEST AMERICAN FUND ANNUITY - IRA (FID. VIP EQUITY) | | None | L | T | | | | | |
| 77. TSA ANNUITIES - JACKSON NATIONAL LIFE | A | Interest | L | T | | | | | |
| 78. CALIF. STATE TEACHERS RETIREMENT SYSTEM | A | Interest | K | T | | | | | |
| 79. LIMITED PARTNERSHIPS | | | | | | | | | |
| 80. MERNAN 145 INVESTMENT PROPERTY #1 L.A. CA (RESTAURANT) | B | Distribution | J | U | | | | | |
| 81. VENWEST DEVELOPMENT LP1 | | None | L | U | | | | | |
| 82. WINTHROP CALIF. INVESTORS, LP | | None | | | Sell | 4/01 | J | | B: Quadrangle Assoc III, LLC |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $60,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,00 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $6,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _April 1, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544